GARY OWEN CARIS (SBN 088918)
gcaris@mckennalong.com
LESLEY ANNE HAWES (SBN 117101)
lhawes@mckennalong.com
MCKENNA LONG & ALDRIDGE LLP
444 South Flower Street, 8th Floor
Los Angeles, CA 90071-2901
Telephone:    (213) 688-1000
Facsimile:    (213) 243-6330

THOMAS F. KUMMER
KUMMER KAEMPFER BONNER & RENSHAW
3800 Howard Hughes Parkway, 7th Floor
Las Vegas, Nevada 89109-0907
Telephone:    (702) 792-7000
Facsimile:    (702) 796-7181

Attorneys for Receiver
ROBB EVANS

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>EQUINOX INTERNATIONAL CORP., et al.,<br><br>Defendants. | CASE NO. CV-S-99-0969-KJD (PAL)<br><br>**STIPULATED ORDER SETTLING CLASS COUNSEL'S FEE PETITION** |

The Court has before it Class Counsel's Fee Petition. The Court heard argument regarding the Fee Petition in December 2000 and took the petition under advisement pending resolution of matters relating to the Receivership Estate.

Counsel for Class Plaintiffs, the Receiver, and the Federal Trade Commission have advised the Court that they have resolved their dispute regarding an award of fees and expenses to Class Counsel and incentive awards to Class Plaintiffs and have approved and stipulated to this Order as to form and content. The settlement calls for the Receiver to pay, in full and final resolution of Class Counsel's Fee

Petition, the sum of $2,200,000.00 (the "Payment") as soon as practicable and allows Class Counsel to pay, out of the Payment, up to $10,000.00 to each Class Plaintiff as an incentive award. The Court finds and concludes that Class Counsel, the Receiver, and the FTC settled Class Counsel's Fee Petition as a result of good faith, arm's-length negotiation and hereby APPROVES the settlement in all respects.

The Court has reviewed the extensive record relating to Class Counsel's Fee Petition. The Court finds and concludes that Class Counsel conferred benefits on the Class and that the settlement as set forth herein is fair and reasonable and therefore awards Class Counsel $2,200,000.00 pursuant to the settlement and directs the Receiver to wire transfer the Payment, as soon as practicable but in any event within one (1) business day after the Court's signing of this Stipulated Order, pursuant to wiring instructions from Susman Godfrey L.L.P., which shall distribute the Payment among Class Counsel (and to Class Plaintiffs as an incentive award as hereinafter ordered) as Susman Godfrey L.L.P. deems appropriate in its discretion. The Receiver and the FTC shall have no responsibility or liability regarding the distribution of the Payment among Class Counsel.

DATED: _____

Kent J. Dawson, United States
District Judge

[SIGNATURES OF COUNSEL ON NEXT PAGE]

McKenna Long &
Aldridge LLP
Attorneys at Law
Los Angeles

- 2 -

LA:17240863.1

APPROVED AND STIPULATED TO
AS TO FORM AND CONTENT:

Dated: December 27, 2006

MCKENNA LONG & ALDRIDGE LLP
GARY OWEN CARIS
LESLEY ANNE HAWES

By: /s/ Gary Owen Caris
Gary Owen Caris

Attorneys for Receiver
ROBB EVANS

Dated: December 27th, 2006

SUSMAN GODFREY L.L.P.
BARRY BARNETT

By: /s/ Barry Barnett
Barry Barnett

Attorneys for Class Plaintiffs

Dated: December 27, 2006

FEDERAL TRADE COMMISSION
DAVID FIX

By: /s/ David C. Fix by
David C. Fix
Gary Owen Caris

# PROOF OF SERVICE BY MAIL

**STATE OF CALIFORNIA, COUNTY OF LOS ANGELES**

I am employed in the aforesaid county, State of California; I am over the age of 18 years and not a party to the within action; my business address is **444 South Flower Street, Los Angeles, California 90071.**

On December 27, 2006, I served the **STIPULATED ORDER SETTLING CLASS COUNSEL'S FEE PETITION** on the interested parties in this action by placing the **true copy/original** thereof, enclosed in a sealed envelope, postage prepaid, addressed as follows:

***SEE ATTACHED SERVICE LIST.***

I am readily familiar with the business practice of my place of employment in respect to the collection and processing of correspondence, pleadings and notices for mailing with United States Postal Service.

The foregoing sealed envelope was placed for collection and mailing this date consistent with the ordinary business practice of my place of employment, so that it will be picked up this date with postage thereon fully prepaid at Los Angeles, California, in the ordinary course of such business.

☐ (STATE)    I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

☒ (FEDERAL)  I declare under penalty of perjury that the foregoing is true and correct, and that I am employed at the office of a member of the bar of this Court at whose direction the service was made.

Executed on December 27, 2006 at Los Angeles, California.

_/s/ Pamela A. Coates_
Signature

*Pamela A. Coates*
Print Name

## SERVICE LIST

| | |
|---|---|
| G. Mark Albright<br>Will Stoddard<br>Albright, Stoddard, Warnick & Albright<br>Quail Park, Suite D-4<br>801 South Rancho Drive<br>Las Vegas, NV 89106 | Barry C. Barnett<br>Susman Godfrey L.L.P.<br>901 Main Street, Suite 4100<br>Dallas, TX 75202-3775 |
| William R. Moss<br>Robert L. Duncan<br>Crenshaw, Dupree & Milam, L.L.P.<br>P.O. Box 1499<br>Lubbock, TX 79408-1499 | Howard Longman<br>Stull, Stull & Brody<br>Six East 45th Street<br>New York, NY 10017 |
| Jeffrey S. Abraham<br>Abraham & Associates<br>One Penn Plaza, Suite 1910<br>New York, NY 10019 | Gary S. Graifman<br>Kantrowitz, Goldhamer &<br>Graifman, P.C.<br>747 Chestnut Ridge Road<br>Chestnut Ridge, NY 10977 |
| Robert Cary<br>Philip Andrew Schler<br>Daniel F. Katz<br>Edward J. Bennett<br>Williams & Connolly<br>725 Twelfth Street<br>Washington, D.C. 20005 | David C. Fix<br>Gary L. Ivens<br>Federal Trade Commission<br>600 Pennsylvania Ave., N.W., Rm. H-238<br>Washington, D.C. 20580<br>Tel:  (202) 326-3298<br>Fax: (202) 326-3395 |
| Daniel G. Bogden<br>United States Attorney<br>Blaine T. Welsh<br>Assistant United States Attorney<br>District of Nevada<br>333 S. Las Vegas Blvd. So., Suite 5000<br>Las Vegas, NV 89101 | Kathleen Delaney<br>Deputy Attorney General<br>Nevada Attorney General's Office<br>555 E. Washington Avenue, Suite 3900<br>Las Vegas, NV 89101 |
| Kristine Lanning<br>Assistant Attorney General<br>Office of the Attorney General<br>114 W. Edenton Street<br>P.O. Box 629<br>Raleigh, NC 27602 | J. P. McGowan<br>Senior Deputy Attorney General<br>Bureau of Consumer Protection<br>214 Samter Building<br>101 Penn Avenue<br>Scranton, PA 18503 |
| Dale E. Cantone<br>Assistant Attorney General<br>Office of the Attorney General<br>200 Saint Paul Place<br>Baltimore, MD 21202-2021 | Dean A. Soma, Esq.<br>Department of Commerce and Consumer Affairs<br>Securities Enforcement Unit<br>335 Merchant Street, Suite 205<br>Honolulu, HI 96813 |

| | | |
|---|---|---|
| 1 | | |
| 2 | Jennifer M. Granholm<br>Attorney General of Michigan | Paul G. Summers<br>Attorney General & Reporter of Tennessee |
| 3 | Katharyn Barron<br>Assistant Attorney General | Jennifer Rawls<br>Assistant Attorney General |
| 4 | P.O. Box 30213<br>G. Mennen Williams Building | Office of the Attorney General<br>425 Fifth Avenue, 2nd Floor |
| 5 | 525 W. Ottawa Street, Suite 60<br>Lansing, MI 48913 | Nashville, TN 37243-0485 |
| 6 | | |
| 7 | Vincent A. Consul<br>Dickerson, Dickerson, Consul & Pocker<br>777 N. Rainbow Boulevard, Suite 350 | Mark L. Earley<br>Attorney General of Virginia<br>Gregory C. Fleming |
| 8 | Las Vegas, NV 89107 | Assistant Attorney General<br>900 East Main Street |
| 9 | | Richmond, VA 23219 |
| 10 | Eugene J. Kottenstette, Esq.<br>Assistant City Attorney | Virginia Lowe, Esq.<br>Department of Justice |
| 11 | Counsel for City and County of Denver<br>201 W. Colfax Avenue, Dept. 1207 | 555 4th Street, N.W., Room 7921<br>Washington, D.C. 20001 |
| 12 | Denver, CO 80202-5332 | |
| 13 | Internal Revenue Service<br>P.O. Box 9941 Stop 5400 | |
| 14 | Ogden, UT 84409 | |
| 15 | | |
| 16 | | |
| 17 | | |
| 18 | | |
| 19 | | |
| 20 | | |
| 21 | | |
| 22 | | |
| 23 | | |
| 24 | | |
| 25 | | |
| 26 | | |
| 27 | | |
| 28 | | |