LEIGH GODDARD (NV Bar #6315)
McDONALD CARANO WILSON LLP
100 W. Liberty Street, 10th Floor
Reno, NV 89501
lgoddard@mcdonaldcarano.com
Telephone: (775) 788-2000
Facsimile: (775) 788-2020

*Attorneys for Bill Gouldd*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| FEDERAL TRADE COMMISSION, | CASE NO.: 2:99-cv-0969-KJD-PAL |
| Plaintiff, | |
| v. | **STIPULATION AND [PROPOSED] ORDER FOR TRANSFER CERTAIN DOCUMENTS OF RECEIVERSHIP ENTITIES TO BILL GOULDD AND FOR CONFIDENTIALITY OF TRANSFERRED RECORDS** |
| EQUINOX INTERNATIONAL, CORP., et al., | |
| Defendants. | |

Robb Evans, Receiver of Defendants Equinox International Corporation, Advanced Marketing Seminars, Inc. and BG Management and related entities (the "Receivership Entities"), and Bill Gouldd (referred to as "Gouldd"), hereby stipulate and agree as follows:

1. Robb Evans was appointed as the Receiver of the Receivership Entities as set forth in the Order Preliminarily Approving Stipulated Final Judgment and Class Action Settlement and Setting Fairness Hearing, entered April 20, 2000, ("Permanent Receivership Order").

2. As a result of the Permanent Receivership Order, all of the documents and records of the Receivership Entities came under the control and possession of the Receiver.

3. On October 25, 2007, Gouldd purchased certain intellectual property assets of the Receivership Entities that were under the control of the Receiver, referred to in an Intellectual Property Assignment Agreement.

4. Although Gouldd purchased the intellectual property rights of the Receivership Entities, many of the pertinent documents remained in the possession and control of the Receiver, with Gouldd's permission.

5. In 2008, Gouldd instituted actions for infringement of copyrighted works, violation of confidentiality agreements, misappropriation of trade secrets and other claims related to the intellectual property assets purchased by Gouldd. (See Bill Gouldd v. Marc Accetta, et al., case no. 3:08-CV-0497-O (N.D. TX); Bill Gouldd v. Greg Amerman. et al., case no. 3-08CV2246-P (N.D. TX) and Bill Gouldd v. Sheri Sharman, et al., case no. 08-cv-2212 (N.D. TX), collectively referred to as the "Infringement Cases").

6. In the course of the litigation on the Infringement Cases, Gouldd had the opportunity to inspect the documents and records of the Receivership Entities contained in a warehouse located in Las Vegas, Nevada.

7. As a result of those inspections, Gouldd and Receiver segregated certain documents and records as pertinent to the Infringement Cases. Accordingly, those documents and records were placed in an off-site storage POD located at 4120 W. Windmill Lane, Suite 170, Las Vegas, Nevada, 89139.

8. On November 17, 2010, Receiver filed a Motion for Order Approving Receiver's Final Report and Accounting and Final Payment of Receivership Expenses and Related Relief, in which the Receiver seeks to terminate the receivership and destroy all documents of the Receivership Entities. (Doc. #606).

9. On December 12, 2010, Gouldd filed a Limited Response to Receiver's Motion and a cross-motion for Protective Order pertaining to his ownership interest in certain records of the Receivership Entities. (Doc. #608, 609)

2

10. The Receiver and Gouldd now hereby stipulate and agree that the entire contents of the off-site storage POD containing segregated records shall be transferred to Bill Gouldd, pursuant to the terms of this Stipulation and Confidentiality Agreement.

11. Gouldd shall make arrangements for packing and removal of the entire contents of the off-site storage POD and such removal shall be completed no later than ten days following entry of an order approving this stipulation. The documents and records shall be transferred to a secure storage facility under Gouldd's control.

12. Gouldd shall be responsible for all costs incurred in the inspection, packing and transfer of the documents and records contained in the off-site storage POD.

13. Gouldd acknowledges that the documents and records that he will receive as a result of this stipulation contain personal information of third parties, including but not limited to, social security numbers, credit card numbers, bank account information, addresses and telephone numbers ("Confidential Information").

14. Except with the prior written consent of the third parties, or upon prior court order, Gouldd agrees that Confidential Information will not be disclosed to any person other than:

(a) Gouldd's counsel;

(b) employees of such counsel;

(c) Gouldd's agents or employees, to the extent deemed necessary by Gouldd for purposes of inspecting, packing and transferring the documents which are the subject of this stipulation;

(d) consultants or expert witnesses retained for the prosecution or defense of the Infringement Cases;

(e) any authors of the Confidential Information; and

(f) the Court, Court personnel, and court reporters.

15. Gouldd further stipulates and agrees that once he no longer has a need or use for the documents of the Receivership Entities, he will destroy the documents in such a manner that protects against unauthorized access to the documents or any

Case 2:99-cv-00969-KJD-PAL   Document 614   Filed 12/29/10   Page 4 of 5

Confidential Information contained therein, such as burning or shredding, to ensure that said information cannot practicably be read, copied, or reconstructed.

Date: 12/29/10                                              Date: _____

_M. Val Miller, Deputy to the Receiver_
Robb Evans, Receiver                                        Bill Gouldd

Approved as to form and content:

Date: 12/29/10                                              Date: _____

_Gary Caris_
Gary Caris, SBN 088918                                      Leigh Goddard, NV Bar #6315
Lesley Anne Hawes, SBN 117101                               McDonald Carano Wilson LLP
McKenna Long & Aldridge, LLP                                100 W. Liberty Street, 10th Floor
300 South Grand Avenue, 14th Floor                          Reno, NV 89501
Los Angeles, CA 90071-2901                                  Attorneys for Bill Gouldd
Attorneys for Receiver
Robb Evans

***

    IT IS SO ORDERED this _____ day of _____.


_____
DISTRICT COURT JUDGE

| | |
|---|---|
| 1 | Confidential Information contained therein, such as burning or shredding, to ensure that |
| 2 | said information cannot practicably be read, copied, or reconstructed. |
| 3 | |
| 4 | Date: _____                Date: 12-29-10 |
| 5 | |
| 6 | _____                      *[signature]* |
|   | Robb Evans, Receiver                 Bill Gouldd |
| 7 | |
| 8 | Approved as to form and content: |
| 9 | Date:_____                 Date: 12/29/10 |
| 10 | |
| 11 | _____                     *[signature]* |
|    | Gary Caris, SBN 088918              Leigh Goddard, NV Bar #6315 |
|    | Lesley Anne Hawes, SBN 117101       McDonald Carano Wilson LLP |
| 12 | McKenna Long & Aldridge, LLP        100 W. Liberty Street, 10th Floor |
|    | 300 South Grand Avenue, 14th Floor  Reno, NV  89501 |
| 13 | Los Angeles, CA  90071-2901         *Attorneys for Bill Gouldd* |
|    | *Attorneys for Receiver* |
| 14 | *Robb Evans* |
|    |                                     *** |
| 15 | |
| 16 |     IT IS SO ORDERED this _____ day of _____. |
| 17 | |
| 18 |                                     _____ |
|    |                                     DISTRICT COURT JUDGE |

4