GARY OWEN CARIS (SBN 088918)
  gcaris@mckennalong.com
LESLEY ANNE HAWES (SBN 117101)
  lhawes@mckennalong.com
MCKENNA LONG & ALDRIDGE LLP
300 South Grand Avenue, 14th Floor
Los Angeles, CA  90071-2901
Telephone:    (213) 688-1000
Facsimile:    (213) 243-6330

THOMAS F. KUMMER
KUMMER KAEMPFER BONNER & RENSHAW
3800 Howard Hughes Parkway, 7th Floor
Las Vegas, Nevada 89109-0907
Telephone:    (702) 792-7000
Facsimile:    (702) 796-7181

Attorneys for Receiver
**ROBB EVANS**

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>EQUINOX INTERNATIONAL CORP., et al.,<br><br>Defendants. | CASE NO.  CV-S-99-0969-KJD (PAL)<br><br>**ORDER APPROVING RECEIVER'S FINAL REPORT AND ACCOUNTING AND FINAL PAYMENT OF RECEIVERSHIP EXPENSES AND RELATED RELIEF** |

The matter of the Motion for Order Approving Receiver's Final Report and Accounting and Final Payment of Receivership Expenses and Related Relief ("Wind Up Motion") filed by Robb Evans, Receiver of Defendants Equinox International Corporation, Advanced Marketing Seminars, Inc. and BG Management, Inc., and Related Entities as defined in the Order Preliminarily Approving Stipulated Final Judgment and Class Action Settlement and Setting Fairness Hearing entered April 20, 2000 ("Permanent Receivership Order") and over various assets as set forth in the Permanent Receivership Order (hereinafter

1  Robb Evans is referred to as the "Receiver"), came on before the Court ~~without~~ for a

2  hearing. The Court, having read and considered the Wind Up Motion and all

3  pleadings and papers filed by the Receiver in support thereof, and opposition or

4  response, if any, to the Wind Up Motion by parties to this action, and good cause

5  appearing therefor,

6      IT IS HEREBY ORDERED that:

7      1.    The Wind Up Motion and all relief sought therein is granted in their

8  entirety;

9      2.    Without limiting the generality of the foregoing:

10      A.    The Receiver's Final Report and Accounting, a copy of which is

11  attached to the Declaration of Kenton Johnson as Exhibit 1 filed in support of the

12  Wind Up Motion, is hereby approved and all activities of the Receiver in

13  connection with the administration of the receivership estate, including without

14  limitation those described in the Final Report and Accounting and all prior

15  Receiver's Reports, are hereby approved and confirmed;

16      B.    The Receiver's fees and expenses from receivership assets for the

17  period from January 1, 2007 through September 30, 2010 in the sum of $5,240.00

18  are approved and authorized to be paid from assets of the receivership estate;

19      C.    The Court hereby approves and ratifies on a final basis payment of all

20  receivership expenses from inception of the receivership through September 30,

21  2010, as set forth in the Receiver's final accounting attached as Tab 1 to the

22  Receiver's Final Report and Accounting, and approves and authorizes payment

23  from receivership assets of all receivership expenses incurred from October 1, 2010

24  through the closing of the receivership estate, estimated in the total sum of

25  $174,910.00, including without limitation all fees and expenses of the Receiver, the

26  Receiver's staff and the Receiver's counsel;

27      D.    Effective upon the completion of the Receiver's wind up of the estate

28  and payment of receivership administrative expenses as provided herein, (1) the

1  Receiver, his agents, employees, members, officers, independent contractors,
2  attorneys and representatives are hereby discharged; (2) the Receiver, his agents,
3  employees, members, officers, independent contractors, attorneys and
4  representatives are hereby released from all claims and liabilities arising out of
5  and/or pertaining to the receivership herein, including without limitation all claims
6  of Professional Benefit Trust and all other claims that were or could have been
7  asserted concerning the Receiver's activities; (3) the Receiver, his agents,
8  employees, members, officers, independent contractors, attorneys and
9  representatives are hereby relieved of all duties and responsibilities pertaining to the
10 receivership established in this action; and (4) the Receiver's bond is hereby
11 exonerated;

12      E.    The Receiver is authorized to dispose of the records of the
13 Receivership Entities and any other corporations or businesses under the control of
14 any of the Receivership Entities in the possession, custody, or control of the
15 Receiver, with such disposal to be by a means that protects against unauthorized
16 access to private personal information, such as burning, pulverizing, or shredding
17 any papers, and by erasing or destroying any electronic media, to ensure that the
18 private personal information cannot practicably be read or reconstructed, unless
19 within 30 days after entry of the Order on this Motion, the Receiver has been served
20 with a request by plaintiff Federal Trade Commission (the "FTC") for possession of
21 the records, in which event the Receiver is authorized to turn over the original
22 records to the FTC;

23      F.    The Receiver is authorized to distribute to the FTC all remaining funds
24 in the receivership estate after payment of all unpaid receivership administrative
25 expenses, including all receivership expenses incurred through the closing of the
26 estate, and to close the estate without dissolving the Receivership Entities and
27 providing that any assets or property of the receivership estate not administered by
28 the Receiver is deemed abandoned; and

McKenna Long &
Aldridge LLP
Attorneys At Law
Los Angeles

- 3 -

MOTION FOR MODIFIED DISTRIBUTION PROCEDURE
LA:17793430.1

1   G. The notice of this Motion provided by the Receiver to the parties to
2 this action and any other interested parties named on the service list filed with the
3 Wind Up Motion is sufficient under the circumstances.

5   Dated:  January 18, 2011

_____
KENT J. DAWSON, United States
District Judge

McKenna Long &
Aldridge LLP
Attorneys At Law
Los Angeles

- 4 -

MOTION FOR MODIFIED DISTRIBUTION PROCEDURE
LA:17793430.1